| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| United States of America, | § | |
| | § | **Government Collection** |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action _____ |
| | § | (CDCS: 2025A31135) |
| Aaron Garcia, | § | |
| | § | |
| Defendant. | § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* The defendant resides in Fort Bend County, Texas, and may be served with process at 16914 Rippling Mill, Sugar Land, Texas 77498.

3. *The Debt.* The debt owed to the United States arose through a promissory note from the U.S. Small Business Administration, see Exhibit A.  The debt on the date of the Certificate of Indebtedness, Exhibit B was:

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 23,963.00 |
| B. | Interest (capitalized and accrued) | $ | 2,403.54 |
| C. | Administrative fees, costs, penalties (Including $405.00 Filing fee) | $ | 9,918.70 |
| D. | Balance due | $ | 36,285.24 |
| E. | Prejudgment interest accrues at 1.75% per annum being $1.15 per day. | | |

F.   The current principal in paragraph 3 A is after credits of $0.00

4.   *Default*. The United States has demanded that the defendant pay the indebtedness,

and the defendant has failed to pay it.

5.   *Prayer*. The United States prays for judgment for:

A.   The sums in paragraph 3, pre-judgment interest, administrative costs and post-judgment interest; and

B.   Other relief the court deems proper.

Respectfully submitted,

CERSONSKY & MCANELLY, P.C.

By: */s/ M. H. Cersonsky*
M. H. Cersonsky, TBN:  04048500
Email: mhcersonsky@law-cmpc.com
1770 St. James Place, Suite 150
Houston, Texas 77056
Telephone: (713) 600-8500
Fax: (713) 600-8585

Attorneys for Plaintiff