United States District Court
Southern District of Texas
**ENTERED**
October 05, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff | § § | |
| *versus* | § § | C.A. No.: H-25-3535 (CDCS:2025A31135) |
| AARON GARCIA, | § § | |
| Defendant | § § | |

## DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Aaron Garcia has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Aaron Garcia:

| | |
|---|---|
| Principal Balance: | $ 23,963.00 |
| Total Interest Accrued (As of 08/09/24) | $ 2,403.54 |
| Administrative and Filing Fees | $ 9,513.70 |
| | $ 36,285.24 |
| Less Credits (Debtor Payments) | $ 0.00 |
| Total Owed | $ 36,285.24 |

Interest at a Rate of 1.75% from March 25, 2025 to date of judgment.
Daily Accrual: $0.39

Post-judgment interest at **3.64** % per annum.

Signed ___*Oct 3*___ , 2025, at Houston, Texas.

David Hittner
United States District Judge